

MORROW, P. J.

Embezzlement is the offense; penalty, confinement in the penitentiary for a period of two years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Floyd BREWER v. STATE.
### No. 14024.

Court of Criminal Appeals of Texas.

Dec. 3, 1930.

Rutledge Isaacks, of Pecos, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, robbery with firearms; the penalty, five years in the penitentiary.

An affidavit by appellant in proper form has been filed with this court, requesting that the appeal be dismissed.

Granted, and appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.

## R. L. BRANNON v. STATE.
### No. 14082.

Court of Criminal Appeals of Texas.

Dec. 10, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

## Claude CLARK v. STATE.
### No. 13837.

Court of Criminal Appeals of Texas.

Dec. 17, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.